AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Owen, Richard | US District Court S. Dist NY | 09/12/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Dist Judge | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final | 01/01/2010 to 12/31/2010 |
| | 5b. ☑ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| US District Court 500 Pearl St New York, NY 10007 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Owen, Richard**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Music Royalties ASCAP | $271.46 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Private Voice Instructor |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Richard | 09/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Richard | 09/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ALCATEL LUCENT | | None | J | T | | | | | |
| 2. AT&T | A | Dividend | J | T | | | | | |
| 3. BLACKROCK INTERNATIONAL | A | Dividend | K | T | | | | | |
| 4. DOW CHEMICAL | A | Dividend | J | T | | | | | |
| 5. FIFTH THIRD BANCORP | A | Dividend | J | T | | | | | |
| 6. CON ED | A | Dividend | K | T | | | | | |
| 7. HEINZ | A | Dividend | J | T | | | | | |
| 8. HERSHEY | A | Dividend | J | T | | | | | |
| 9. HANESBRAND | | None | J | T | | | | | |
| 10. HOME DEPOT | A | Dividend | K | T | | | | | |
| 11. INTEL | A | Dividend | K | T | | | | | |
| 12. INTERPUBLIC | | None | K | T | | | | | |
| 13. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 14. KIMBERLY CLARK | A | Dividend | J | T | | | | | |
| 15. LAZARD | A | Dividend | K | T | | | | | |
| 16. LSI CORP | | None | J | T | | | | | |
| 17. MARSH & MCCLENNAN | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
    (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
    (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
    (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Richard | 09/12/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MOTOROLA | | None | J | T | | | | | |
| 19. MOTORS LIQUIDATION | | None | J | T | | | | | |
| 20. NEW WORLD BRANDS | | None | J | T | | | | | |
| 21. PROCTOR AND GAMBLE | C | Dividend | M | T | | | | | |
| 22. NY TIMES | | None | J | T | | | | | |
| 23. NUVEEN TRADEWINDS | A | Dividend | L | T | | | | | |
| 24. SARA LEE | A | Dividend | J | T | | | | | |
| 25. SOUTHERN CORP | A | Dividend | J | T | | | | | |
| 26. US BANCORP | A | Dividend | J | T | | | | | |
| 27. WILMINGTON TRUST | A | Dividend | J | T | | | | | |
| 28. NYC GO MUNI 5% 2024 | A | Int./Div. | J | T | Buy | 11/24/10 | J | | |
| 29. NYC GO MUNI 5.25% 2027 | A | Int./Div. | K | T | Buy | 11/24/10 | K | | |
| 30. NY STATE GO 4% 2020 | A | Int./Div. | K | T | Buy | 11/24/10 | K | | |
| 31. CITIBANK CD 2% | A | Int./Div. | | | Buy | | K | | *see Part VIII |
| 32. | | | | | Matured | 07/02/10 | K | | |
| 33. CORNING NYC 4% 2011 | A | Int./Div. | K | T | | | | | |
| 34. HILTON CSO NY 3.75% 2013 | A | Int./Div. | K | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes           J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)         U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Richard | 09/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LI POWER 5.5% 2012 | B | Int./Div. | L | T | | | | | |
| 36. NYC 5.25% 2012 | B | Int./Div. | K | T | | | | | |
| 37. NY LOCALGOVT 5% 4/18 | B | Int./Div. | K | T | | | | | |
| 38. NYC TRANS 5% 2013 | B | Int./Div. | K | T | | | | | |
| 39. NY DORM 5.25% 2020 | B | Int./Div. | L | T | | | | | |
| 40. NY THWY 3.75% 2012 | A | Int./Div. | J | T | | | | | |
| 41. OYSTER BAY 3.75% 2014 | A | Int./Div. | J | T | | | | | |
| 42. RYE BROOK 3.375 2014 | A | Int./Div. | J | T | | | | | |
| 43. SOUTH HUNTINGTON 3.6 2011 | A | Int./Div. | J | T | | | | | |
| 44. SUFFOLK 3.6 2014 | A | Int./Div. | J | T | | | | | |
| 45. TOBACCO SETTLMT 5.5 2019 | B | Int./Div. | L | T | | | | | |
| 46. TOB SETTLMT 5 2012 | A | Int./Div. | K | T | | | | | |
| 47. W. BABYLON 4 2014 | A | Int./Div. | J | T | | | | | |
| 48. WHITE PL 4.25 2018 | A | Int./Div. | K | T | | | | | |
| 49. NYC 2013 | A | Int./Div. | J | T | | | | | |
| 50. NY NY 4.75% 8/25 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 31 - CD was purchased earlier in 2010, but I could not find the exact date.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Richard Owen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544